```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 04 B 06359
   KARY MABLE JOHNSON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3670

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/19/2004 and was confirmed 04/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was converted to chapter 7 after confirmation 01/03/2006.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK MINNESO  CURRENT MORTG         .00             .00              .00
WELLS FARGO BANK MINNESO  MORTGAGE ARRE     3345.51             .00          3345.51
CODILIS & ASSOCIATES ^    NOTICE ONLY     NOT FILED             .00              .00
RESURGENT ACQUISITION LL  UNSECURED         1602.81             .00           228.43
RESURGENT ACQUISITION LL  UNSECURED         2118.61             .00           301.94
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,130.20                         2,130.20
TOM VAUGHN                TRUSTEE                                              322.92
DEBTOR REFUND             REFUND                                               299.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              6,628.00

PRIORITY                                           .00
SECURED                                        3,345.51
UNSECURED                                        530.37
ADMINISTRATIVE                                 2,130.20
TRUSTEE COMPENSATION                             322.92
DEBTOR REFUND                                    299.00
                     --------------        --------------
TOTALS               6,628.00                  6,628.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 06359 KARY MABLE JOHNSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/04/06

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 06359 KARY MABLE JOHNSON